UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-01085-CEM-EJK

MICHELIN D. MCKEE as Personal
Representative of the Estate of
Salaythis Melvin, the Deceased,

    Plaintiff,
v.

DEPUTY JAMES MONTIEL, in his Individual
Capacity and as an agent of the ORANGE COUNTY
SHERIFF'S OFFICE; DEPUTY MARCUS BULLOCK,
in his Individual Capacity and as an agent of the
ORANGE COUNTY SHERIFF'S OFFICE;
DEPUTY ERIC R. WHEELER, in his Individual
Capacity and as an agent of the ORANGE COUNTY
SHERIFF'S OFFICE; DEPUTY JOHN DOE I,
in his Individual Capacity and as an agent of the
ORANGE COUNTY SHERIFF'S OFFICE;
DEPUTY JOHN DOE II, in his Individual Capacity
and as an agent of the ORANGE COUNTY SHERIFF'S
OFFICE; and JOHN W. MINA, in his Official
Capacity as ORANGE COUNTY SHERIFF,

    Defendants.
_____/

## PARTIES' JOINT
## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), we certify that the instant action:

☒ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

<u>In Re the Estate of Salaythis Melvin, Deceased.</u>, Case No.: 48-2020-CP-002902A001OX, Ninth Judicial Circuit, Probate Division, Orange County, Florida

☐ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

We further certify that a copy of this PARTIES' JOINT NOTICE OF PENDENCY OF OTHER ACTIONS has been served upon each party no later than eleven days after appearance of the party.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of July, 2021, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to: **Bradley N. Laurent, Esq./Carlus L. Haynes, Esq**., Law Office of Haynes and Laurent, P.A., 8615 Commodity Circle, Unit 6, Orlando, FL 32819 (bnl@fighting4ulaw.com, champ@fighting4ulaw.com. paralegal@fighting4ulaw.com) and **Bruce R. Bogan Esquire,** Hilyard, Bogan & Palmer, P.A, and **David R. Jadon Esquire**, Hilyard, Bogan & Palmer, P.A., PO Box 4973, Orlando, FL 32802-4973 (bbogan@hilyardlawfirm.com;

2

djadon@hilyardlawfirm.com, mweiser@hilyardlawfirm.com; dwood@hilyardlawfirm.com).

| | |
|---|---|
| s/ *Bradley N. Laurent* <br> Bradley N. Laurent, Esquire <br> Florida Bar No. 0010530 <br> Carlus L. Haynes, Esquire <br> Florida Bar No. 0935611 <br> **Counsel for Plaintiff** <br> Law Offices of Haynes and Laurent, P.A. <br> 8615 Commodity Circle, Unit 6 <br> Orlando, FL 32819 <br> Phone:  (407)246-0077 <br> Fax:       (407)246-0078 <br> Email:  bnl@fighting4ulaw.com <br>             champ@fighting4ulaw.com <br>             paralegal@fighting4ulaw.com | s/ *G. Ryan Dietrich* <br> Walter A. Ketcham, Esquire <br> Florida Bar No. 156630 <br> Brian F. Moes, Esquire <br> Florida Bar No.  39403 <br> G. Ryan Dietrich, Esquire <br> Florida Bar No. 1007940 <br> **Counsel for Defendants Mina, Bullock & Wheeler** <br> Ketcham, Eide, Telan, Meltz, & Wallace, P.A. <br> PO Box 538065 <br> Orlando, FL  32853-8065 <br> Phone:        (407) 423-9545 <br> Fax:             (407) 425-7104 <br> Email:  waketcham@ketmw.com <br>             bfmoes@ketmw.com <br>             grdietrich@ketmw.com <br>             enotice@ketmw.com <br>             aremedios@ketmw.com |
| /s *Bruce R. Bogan* <br> Bruce R. Bogan, Esquire <br> Florida Bar No. 599565 <br> David R. Jadon, Esquire <br> Florida Bar No. 1010249 <br> **Counsel for Defendant Montiel** <br> Hilyard, Bogan & Palmer, P.A. <br> PO Box 4973 <br> Orlando, FL 32802-4973 <br> Phone: (407)425-4251 <br> Fax:       (407)841-8431 <br> Email:  bbogan@hilyardlawfirm.com <br>             djadon@hilyardlwfirm.com <br>              mweiser@hilyardlawfirm.com <br>             dwood@hilyardlawfirm.com | |

14272:47