UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-01085-CEM-EJK

MICHELIN D. MCKEE, as Personal
Representative of the Estate of
SALAYTHIS MELVIN the Deceased,
    Plaintiff,

Vs.

DEPUTY JAMES MONTIEL, in his individual
Capacity and as an agent of ORANGE COUNTY
SHERIFFS OFFICE; DEPUTY MARCUS BULLOCK,
in his individual Capacity and as an agent of the ORANGE COUNTY
SHERIFFS OFFICE; DEPUTY ERIC R. WHEELER
in his individual Capacity and as an agent of the ORANGE COUNTY
SHERIFFS OFFICE; DEPUTY JOHN DOE I,
in his individual Capacity and as an agent of the ORANGE COUNTY
SHERIFFS OFFICE; DEPUTY JOHN DOE II,
in his individual Capacity and as an agent of the ORANGE COUNTY
SHERIFFS OFFICE and JOHN W. MINA, in his
official capacity as ORANGE COUNTY SHERIFF,
    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ONLY AS TO DEFENDANT, DEPUTY MARCUS BULLOCK

    PLEASE TAKE NOTICE that the PLAINTIFF, MICHELIN D. MCKEE, as Personal Representative of the Estate of SALAYTHIS MELVIN the Deceased by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal Without Prejudice as to Defendant, DEPUTY MARCUS BULLOCK in the above captioned matter Pursuant to Fed.R.Civ.P. 41(a) of the Federal Rules of

Civil Procedure.

                                        **Law Office of Haynes and Laurent, P.A.**

                                        __/s/ Bradley N. Laurent_____
                                        **BRADLEY N. LAURENT, ESQUIRE**
                                        Florida Bar Number: 0010530
                                        Attorney for PLAINTIFF

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 9, 2021, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to: Brian Moes, Esquire and G. Ryan Dietrich, Esquire, Ketcham, Eide, Telan, Meltz & Wallace, PA, PO Box 538065, Orlando, FL 32853-8065 and Bruce R. Bogan Esquire, Hilyard, Bogan & Palmer, P.A, PO Box 4973, Orlando, FL 32802-4973.

                                        **Law Office of Haynes and Laurent, P.A.**

                                        __/s/ Bradley N. Laurent_____
                                        **BRADLEY N. LAURENT, ESQUIRE**
                                        Florida Bar Number: 0010530
                                        8615 Commodity Circle, Unit 6
                                        Orlando, FL 32819
                                        Telephone: (407) 246-0077
                                        Facsimile: (407) 246-0078
                                        bnl@fighting4ulaw.com
                                        Attorney for PLAINTIFF