UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

**MICHELIN D. MCKEE,**

    **Plaintiff,**

v.                                      Case No. 6:21-cv-1085-CEM-EJK

**DEPUTY JAMES MONTIEL, DEPUTY ERIC R. WHEELER, DEPUTY JOHN DOE I, DEPUTY JOHN DOE II, and JOHN W. MINA,**

    **Defendants.**

| | | | |
|---|---|---|---|
| **UNITED STATES DISTRICT JUDGE:** | Carlos E. Mendoza | **COURTROOM:** | 5B |
| **DEPUTY CLERK:** | Maria Hernandez | **COUNSEL FOR PLAINTIFF:** | Bradley Laurent |
| **COURT REPORTER** | Suzanne Trimble trimblecourtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** | Brian Moes, Bruce Bogan, George Dietrich |
| **DATE/TIME:** | August 12, 2021 2:30 P.M. – 2:44 P.M. | | |
| **TOTAL TIME:** | 14 Minutes | | |

**CLERK'S MINUTES**
**TELEPHONE CONFERENCE (Motion filed at Doc. 12 and 13)**

Case called. Appearances taken.

The Court hears argument from both parties on the motions filed at Doc. 12 and 13.

The Court takes both motions under advisement. Order to follow.

Court is adjourned.