UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELIN D. MCKEE,

    Plaintiff,

v.      Case No. 6:21-cv-1085-CEM-EJK

DEPUTY JAMES MONTIEL, DEPUTY ERIC R. WHEELER, DEPUTY JOHN DOE I, DEPUTY JOHN DOE II, and JOHN W. MINA,

    Defendants.

| | | | |
|---|---|---|---|
| **UNITED STATES DISTRICT JUDGE:** | Carlos E. Mendoza | **COURTROOM:** | 5B |
| **DEPUTY CLERK:** | Maria Hernandez | **COUNSEL FOR PLAINTIFF:** | Bradley Laurent |
| **COURT REPORTER** | Suzanne Trimble trimblecourtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** | Bruce Bogan, Brian Moes |
| **DATE/TIME:** | November 15, 2021 10:50 AM – 10:58 AM | | |
| **TOTAL TIME:** | 8 Minutes | | |

**CLERK'S MINUTES**
**TELEPHONIC STATUS CONFERENCE**

Case called. Appearances taken.

The Court addresses matters with both parties.

Plaintiff to file a motion requesting to lift the Stay on this case on or before 12:00 pm on Monday November 22, 2021. If filed, Defense Counsel will have until November 29, 2021 to respond to the Motion to lift the Stay.

Court is adjourned.