# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE NO.: 6:21-cv-01085-CEM-EJK

MICHELIN D. MCKEE, as Personal
Representative of the Estate of
SALAYTHIS MELVIN the Deceased,
    Plaintiff,

Vs.

DEPUTY JAMES MONTIEL, in his individual
Capacity and as an agent of ORANGE COUNTY
SHERIFFS OFFICE;
DEPUTY EDDIE GARCIA, in his individual
Capacity and as an agent of the ORANGE COUNTY
SHERIFFS OFFICE;
DEPUTY ROBERT FISHER, in his individual
Capacity and as an agent of the ORANGE COUNTY
SHERIFFS OFFICE;
CORPORAL ERIC WHEELER, in his individual
Capacity and as an agent of the ORANGE COUNTY
SHERIFFS OFFICE;
DETECTIVE WILLIAM RAMBEAU, in his individual
Capacity and as an agent of the ORANGE COUNTY
SHERIFFS OFFICE;
DEPUTY JOSHUA MOORE, in his individual
Capacity and as an agent of the ORANGE COUNTY
SHERIFFS OFFICE;
DEPUTY CORY HELLER, in his individual
Capacity and as an agent of the ORANGE COUNTY
SHERIFFS OFFICE and
JOHN W. MINA, in his
official capacity as ORANGE COUNTY SHERIFF,
    Defendants.
_____/

**BRADLEY LAURENT MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

COMES NOW the undersigned attorney and moves this Court for an Order allowing him to Withdraw as Counsel of Record for the Plaintiff, MICHELIN D. MCKEE, as Personal Representative of the Estate of SALAYTHIS MELVIN the Deceased , in the above-styled cause and in support thereof would show the Court the following:

1. That the undersigned, Bradley Laurent is requesting that the Court allow him to withdraw as counsel for the Plaintiff in the above referenced case.

2. The undersigned partner/co-counsel Carlus Haynes will remain as counsel for the Plaintiff.

3. That Bradley Laurent ask that the court remove him as counsel of record at this time.

4. That Bradley Laurent has conferred with opposing counsel for Defendants' pursuant to rule 3.01(G) and they have no objection to this Motion allowing Bradley Laurent to withdraw as counsel for Plaintiff MICHELIN D. MCKEE, as Personal Representative of the Estate of SALAYTHIS MELVIN the Deceased.

WHEREFORE, undersigned counsel prays for an Order allowing him to withdraw as Counsel of Record for the Plaintiff,  MICHELIN D. MCKEE, as Personal Representative of the Estate of SALAYTHIS MELVIN the Deceased in the above-styled cause.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 6, 2022, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to: Brian Moes, Esquire, bmoes@fisherlawfirm.com and G. Ryan Dietrich, Esquire, gdietrich@fisherlawfirm.com, Fisher Rushmer, P.A. 200 E. Robinson St., Suite 800 Orlando, FL 32801  and Bruce R. Bogan Esquire, bbogan@hilyardlawfirm.com, Hilyard, Bogan & Palmer, P.A, PO Box 4973, Orlando, FL 32802-4973.

        Respectfully submitted by,
        **THE LAW OFFICE OF HAYNES &**
        **LAURENT, P.A.**


        */s/ Bradley N. Laurent*
        Bradley N. Laurent, Esq.
        Florida Bar No.:  0010530
        Law Offices of Haynes & Laurent, P.A.
        8615 Commodity Circle
        Unit 6
        Orlando, FL  32819
        Telephone:  407-246-0077
        Facsimile:  407-246-0078
        Email:  bnl@fighting4ulaw.com
        Attorney for Plaintiff