**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO. 6:21-cv-01085-CEM-EJK**

MICHELIN D. MCKEE, as Personal
Representative of the Estate of
SALAYTHIS MELVIN, the
Deceased,

     Plaintiff,

vs.

DEPUTY JAMES MONTIEL, in his
individual capacity and as an agent of
ORANGE COUNTY SHERIFF'S OFFICE,
et al,

     Defendants.

_____/

## DEFENDANT MINA'S AMENDED MOTION FOR LEAVE TO TAKE DEPOSITION OF VANSHAWN SANDS AT THE ORANGE COUNTY CORRECTIONS FACILITY

Defendant, JOHN W. MINA, in his official capacity as ORANGE COUNTY SHERIFF ("Sheriff Mina"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 30(a)(2)(B), hereby requests leave of the Court to take the deposition of witness Vanshawn Sands who is currently incarcerated in the Orange County Corrections facility.

This motion is labeled time sensitive pursuant to Local Rule 3.01(e) because the subject deposition is scheduled to occur on June 6, 2023. Orange County Corrections will not make the deponent available until they have received a court order.  Accordingly, the Defendant requests a ruling on this motion by no later than **June 2, 2023** to allow enough time to make the necessary arrangements with Orange County Corrections and the court reporter.

1.      Plaintiff has identified Vanshawn Sands as a witness with information relevant to this case.

2.      Defendant sought, and previously obtained, an Order from this Court [Doc. 66] granting Defendant leave to take the deposition of Vanshawn Sands on April 6, 2023.

3.      The deposition did not proceed as scheduled as Mr. Sands notified Defendant's counsel that the charges for which he was currently being held at the Orange County Corrections facility stemmed from the subject incident and requested that his criminal defense attorney receive notice of the subject deposition.

4.      According to publically available records, Mr. Sands remains currently incarcerated within the Orange County Corrections facility located at: 3722 Visions Blvd., Orlando, FL 32829.

5.      Mr. Sands is an important witness who possesses information relevant to the claims and defenses in this case.

6.      The parties have agreed to take his deposition on Tuesday, June 6, 2023 to begin at 3:00 p.m.

7.      Mr. Sands criminal defense attorney Sergio Cruz has received a copy of the Defendant's Amended Notice of Taking Deposition of Vanshawn Sands for June 6, 2023 and said notice was provided with an excess of thirty (30) days notice of said deposition.

8.      Fed. R. Civ. P. 30(a)(2)(B) states in pertinent part that "[a] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) … if the deponent is confined in prison."

## CONCLUSION

For the foregoing reasons, Sheriff Mina requests leave of the Court to take Vanshawn Sands deposition on June 6, 2023 to begin at 3:00 pm at the Orange County Corrections facility located at 3722 Visions Blvd., Orlando, FL.

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that I discussed the relief requested in this motion with Plaintiff's counsel who does not oppose same.

/s/ Brian F. Moes
Brian F. Moes, Esquire

3

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that that on May 3, 2023, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to the following:  **Carlus L. Hayes, Esquire,** Law Office of Haynes and Laurent, P.A., 8615 Commodity Circle, Unit 6, Orlando, FL 32819   (champ@fighting4ulaw.com,   ebony@fighting4ulaw.com   and paralegal@fighting4ulaw.com) and **Bruce R. Bogan, Esquire**, Hilyard, Bogan & Palmer, PO Box 4973, Orlando, FL 32802-4973 (bbogan@hilyardlawfirm.com; mweiser@hilyardlawfirm.com,   dwood@hilyardlawfirm.com   and DLugo@hilyardlawfirm.com).

/s/ Brian F. Moes
Brian F. Moes, Esquire
Florida Bar No. 39403
Walter A. Ketcham, Jr., Esquire
Florida Bar No. 156630
G. Ryan Dietrich, Esquire
Florida Bar No. 1007940
**Counsel for Defendant Mina**
Fisher Rushmer, P.A.
200 E. Robinson St., Suite 800
Orlando, FL 32801
Telephone:  407-843-2111
Facsimile:   407-422-1080
Email:
bmoes@fisherlawfirm.com
wketcham@fisherlawfirm.com
eservice-bfm@fisherlawfirm.com