**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

6:21-cv-01085-CEM-EJK

MICHELIN D. MCKEE, as Personal
Representative of the Estate of
SALAYTHIS MELVIN the Deceased,

**PLAINTIFF(S)**
V.

DEPUTY JAMES MONTIEL, et al.,

**DEFENDANT(S)**
_____/

**MEDIATION DISPOSITION REPORT**

A Mediation conference was conducted on 8/9/2023 . The conference resulted in the following:

- ___ The parties reached an agreement.
- ✓ The parties did not reach an agreement.
- ___ The conference has been adjourned.
- ___ Other

Dated 8/9/2023

Respectfully submitted,
**Donna Doyle, Mediator**
Mediator # **5696R**
200 E. Robinson Street Suite 700
Orlando, Florida 32801
Business Phone: 407-649-9495
Toll-Free: 800-851-9173
Fax: 407-649-8698