4926-001

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE NO: 6:21-CV-1085-CEM-EJK

MICHELIN D. MCKEE, as Personal
Representative of the Estate of
SALAYTHIS MELVIN the Deceased,
    Plaintiff,

vs.

DEPUTY JAMES MONTIEL, et al.
    Defendants.
_____/

## PLAINTIFF'S OBJECTION TO DEFENDANT MONTIEL'S REQUEST FOR VIRTUAL APPEARANCE AT SETTLEMENT CONFERENCE ON JULY 18, 2024

COMES NOW, the Plaintiff, MICHELIN D. MCKEE, as Personal Representative of the Estate of SALAYTHIS MELVIN the Deceased, by and through her undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby files her Objection to Defendant, DEPUTY JAMES MONTIEL's request for a virtual appearance at the Settlement Conference on July 18, 2024, and as grounds thereof states the following:

1. On July 17, 2024, Defendant, DEPUTY JAMES MONTIEL, sent a letter to this Court requesting to appear virtually at the Settlement Conference on July 18, 2024. *Please see a copy of this letter incorporated and attached hereto as Exhibit "A."*

2. Plaintiff objects to this request in allowing the Defendant, DEPUTY JAMES MONTIEL, to appear virtually at the Settlement Conference on July 18, 2024.

3. Local Rule 4.03(d) requires attendance to be in-person unless otherwise agreed by the parties.

4. Defendant, DEPUTY JAMES MONTIEL, failed to confer with the Plaintiff regarding his request for a virtual appearance. Additionally, Defendant, DEPUTY JAMES MONTIEL, failed to provide sufficient notice of same.

5. Therefore, Plaintiff respectfully requests that this Court deny Defendant, DEPUTY JAMES MONTIEL's request to appear virtually for the Settlement Conference on July 18, 2024, or in the alternative, for the Court to re-schedule the Settlement Conference for a date that works for all parties.

WHEREFORE, the Plaintiff, MICHELIN D. MCKEE, as Personal Representative of the Estate of SALAYTHIS MELVIN the Deceased, files this Objection to Defendant, DEPUTY JAMES MONTIEL's request for virtual appearance at the Settlement Conference on July 18, 2024.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

Anthony-Smith Law, P.A.

4926-001

      1711 Amazing Way
      Suite 205
      Ocoee, FL 34761
      407.299.8589 - Office
      407.299.8549 - Fax

      ***/s/ Coretta Anthony-Smith***
      Coretta Anthony-Smith, Esquire
      Florida Bar No.: 0175684
      canthony@anthony-smithlaw.com
      ataveras@anthony-Smithlaw.com
      services@anthony-smithlaw.com

      Haynes Law, P.A.
      8615 Commodity Circle
      Unite 6
      Orlando, FL 32819
      407.246.0077 - Office
      407.246.0078 - Facsimile

      ***/s/ Carlus Haynes***
      Carlus Haynes, Esquire
      Florida Bar No.: 0935611
      Champ@fightining4ulaw.com

# EXHIBIT "A"

Law Offices
**HILYARD, BOGAN & PALMER**
Professional Association
105 E. Robinson Street, Suite 201
Orlando, Florida 32801-1622
(407) 425-4251
www.hilyardlawfirm.com

Bruce R. Bogan
Bobby G. Palmer, Jr
Damon S. Starrett
Brandon T. Byers
Gary M. Glassman (Of Counsel)

Ernest H. Eubanks
(1934-2004)
Sutton G. Hilyard, Jr.
(1943-2018)

Mailing Address:
P.O. Box 4973
Orlando, Florida 32802-4973

Fax
(407) 841-8431

July 17, 2024

*Email to: chambers_flmd-Irick@flmd.uscourts.gov*

Magistrate Judge Daniel C. Irick
U.S. Courthouse – Middle District of Florida
401 West Central Boulevard
Orlando, Florida 32801

Re: Michelin D. McKee as Personal Representative of the Estate of Salaythis Melvin, deceased, v. Deputy James Montiel, in his Individual Capacity, et al.
Case No.: 6:21-cv-01085-CEM-EJK

Dear Judge Irick:

This letter will serve to notify you that I have just received communication from my client, James Montiel that he has contracted Covid and will be unable to appear in person for the Settlement Conference. He is available to appear via telephone or a video conference zoom connection. I will be appearing in person on his behalf with Marlyne Clark, Claims Counsel for the Florida Sheriffs' Risk Management Fund. Ms. Clark has authority to resolve the case on behalf of Defendant Montiel and full authority to execute any written settlement agreement as required by this Court's Order of May 13, 2024.

Should you have any questions regarding Mr. Montiel's appearance please do not hesitate to contact my office.

Sincerely,

Bruce R. Bogan

BRB:mmw

cc: Carlus Haynes (by email only)
    Coretta Anthony Smith (by email only)
    Marlyne Clark (by email only)
    James Montiel (by email only)