# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

---

MICHELIN D. MCKEE,

       Plaintiff,

v.                         Case No. 6:21-cv-1085-CEM-EJK

JAMES MONTIEL,

       Defendant.

| UNITED STATES MAGISTRATE JUDGE: | Daniel C. Irick | COURTROOM: | 5C |
|---|---|---|---|
| DEPUTY CLERK: | Tiffany Palmer | COUNSEL FOR PLAINTIFF: | Coretta Anthony Smith Carlus Haynes |
| AUDIO RECORDING: | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | COUNSEL FOR DEFENDANT: | Bruce Bogan |
| DATE/TIME: TOTAL TIME: | July 18, 2024 10:06 A.M. – 10:14 A.M. 11:43 A.M. – 11:43 A.M. 1 hour, 37 minutes | | |

## CLERK'S MINUTES
### Settlement Conference

Case called, appearances made, procedural setting by the Court.
Defendant, James Montiel, not present. Defendant available by phone and via Zoom.
Counsel withdraws objection and agrees to go forward.
Settlement conference continues off the record (10:14 A.M.)
Back on the record (11:43 A.M.)
Impasse.
Court adjourned.