UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELIN D. MCKEE, as Personal
Representative of the Estate of
Salaythis Melvin, the Deceased,

           CASE NO.: 6:21-cv-01085-CEM-EJK

    Plaintiff,

v.

DEPUTY JAMES MONTIEL, in his
Individual Capacity and as an
agent of the ORANGE COUNTY
SHERIFF'S OFFICE,

    Defendant.
_____/

## JOINT STATUS REPORT

Plaintiff, MICHELIN D. MCKEE ("**Plaintiff**") and Defendant, DEPUTY JAMES MONTIEL ("**Defendant**") (collectively "**the Parties**"), by and through their attorneys, pursuant to the Court's direction following the Settlement Conference held on July 7, 2025 (Doc. 191), hereby file their Joint Status Report and state:

    1.    The Parties have reached the terms for a settlement agreement.

    2.    The Parties are in the process of finalizing the written settlement agreement.

<table>
<tr><td>

/s/ Carlus Haynes
Carlus Haynes, Esquire
Fla. Bar No. 0935611
8615 Commodity Circle, Unit 6
Orlando, FL 32819
Telephone: 407-246-0077
Facsimile: 407-246-0078
Email: champ@fighting4ulaw.com
Attorney for Plaintiff

</td><td>

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
Attorney for Defendant

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2025, a true copy hereof has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to Plaintiff's counsel **Carlus Haynes, Esquire,** Haynes Law, P.A., 8615 Commodity Circle, Unit 6, Orlando, Florida 32819.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
Attorney for Defendant