UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHELIN D. MCKEE,**

      **Plaintiff,**

v.                                 Case No.  6:21-cv-1085-CEM-NWH

**DEPUTY JAMES MONTIEL,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Status Report (Doc. 192), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 15, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Case 6:21-cv-01085-CEM-NWH   Document 194   Filed 07/15/25   Page 2 of 2 PageID 3347