UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:21-CV-1085-CEM-EJK

MICHELIN D. MCKEE, as Personal Representative of the Estate of SALAYTHIS MELVIN the Deceased,

    Plaintiff,

vs.

JAMES MONTIEL, Deputy, in his individual capacity and as an agent of Orange County Sheriffs Office, and JOHN W. MINA, in his official capacity as Orange County Sheriff,

    Defendants.
_____/

## NOTICE OF CHARGING LIEN OF ANTHONY-SMITH LAW, P.A.

COMES NOW, Anthony-Smith Law, P.A, by and through the undersigned counsel, and hereby files this Notice of Charging Lien pursuant to applicable Florida law, and states as follows:

1. The undersigned counsel, Coretta Anthony-Smith, of Anthony-Smith has represented the Plaintiff, MICHELIN D. MCKEE, as Personal Representative of the Estate of SALAYTHIS MELVIN the Deceased, in the above-captioned matter.

2. The undersigned has rendered substantial legal services in connection with the prosecution of this action and is entitled to recover attorney's fees and costs

pursuant to a written fee agreement between the undersigned and Plaintiff, or in quantum meruit.

3. The undersigned has a charging lien for attorney's fees and costs against any recovery, judgment, settlement, or proceeds arising from or related to this action, and hereby places all parties and interested persons on notice of such lien.

4. The charging lien is asserted in accordance with Florida law, including but not limited to *Sinclair, Louis, Siegel, Heath, Nussbaum & Zavertnik, P.A. v. Baucom*, 428 So. 2d 1383 (Fla. 1983), and is enforceable in this Court.

5. The undersigned reserves the right to further perfect and enforce the charging lien, including the filing of a separate action if necessary.

WHEREFORE, the undersigned provides notice of the assertion of an attorney's charging lien on any recovery obtained by or on behalf of Plaintiff in this matter.

Respectfully submitted this 23rd day of July 2025.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

Anthony-Smith Law, P.A.
1711 Amazing Way
Suite 205
Ocoee, FL 34761

407.299.8589 - Office
407.299.8549 - Fax

***/s/ Coretta Anthony-Smith***
Coretta Anthony-Smith, Esquire
Florida Bar No.: 0175684
canthony@anthony-smithlaw.com
ataveras@anthony-Smithlaw.com
services@anthony-smithlaw.com