# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHELIN D. MCKEE, as Personal
Representative of the Estate of
SALAYTHIS MELVIN the Deceased,

    CASE NO: 6:21-CV-1085-CEM-EJK

    Plaintiff,

v.

JAMES MONTIEL, Deputy, in his individual capacity and as an agent of Orange County Sheriff's Office, and JOHN W. MINA, in his official capacity as Orange County Sheriff,

    Defendant[s].
_____/

## NOTICE OF CHARGING LIEN OF BRADLEY LAURENT

COMES NOW, Bradley Laurent by and through the undersigned counsel, and hereby files this Notice of Charging Lien pursuant to applicable Florida law, and states as follows:

1. That Bradley Laurent, a former licensed attorney, has represented the Plaintiff, MICHELIN D. MCKEE, as Personal Representative of the Estate of SALAYTHIS MELVIN the Deceased, in the above-captioned matter.

2. That Mr. Laurent has rendered substantial legal services in connection with the prosecution of this action and is entitled to recover attorney's fees and costs

pursuant to a written fee agreement between Bradley Laurent when he was a licensed attorney and Plaintiff, or in quantum meruit.

3. That Bradley Laurent has a charging lien for attorney's fees and costs against any fees, recovery, judgment, settlement, or proceeds arising from or related to this action, and hereby places all parties and interested persons on notice of such lien.

4. The charging lien is asserted in accordance with Florida law, including but not limited to *Sinclair, Louis, Siegel, Heath, Nussbaum & Zavertnik, P.A. v. Baucom*, 428 So. 2d 1383 (Fla. 1983), and is enforceable in this Court.

5. That Bradley Laurent reserves the right to further perfect and enforce the charging lien, including the filing of a separate action if necessary.

WHEREFORE, Bradley Laurent provides notice of the assertion of his charging lien on any recovery obtained by or on behalf of Plaintiff in this matter. Respectfully submitted this 6th day of August 2025.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

*/s/  Sanga Turnbull*
Sanga Turnbull, Esquire
Bar No.: 585327
Turnbull Law Firm
141 5th Street NW Suite 301
Winter Haven, Fl 33881
863-324-3500 - Office

        863.969-1990 – Fax
        [sturnbull@turnbullinjurlaw.com](mailto:sturnbull@turnbullinjurlaw.com)
        Attorney for Bradley Laurent