# Bradley Laurent

# INVOICE

DATE: July 28, 2025
INVOICE #: 100
FOR: Attorney Fees

BILL TO:
McKee v. Montiel et al 6:21-cv-01085-CEM-NWH


EXHIBIT B

| Date | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 8/9/2020 | Initial Consultation with client to discuss case | 4.25 | $300.00 | 1275 |
| 8/9/2020 | prepared retainer agreement | 2.5 | $300.00 | 750 |
| 8/9/2020 | Reached out and spoke to Austin Moore, Legal Counsel for Sheriffs Office | 0.5 | $300.00 | 150 |
| 8/10/2020 | Spoke with Austin to coordinate meeting with Sheriff | 0.5 | $300.00 | 150 |
| 8/10/2020 | Meeting with client prior to meeting at Sheriffs Office | 2 | $300.00 | 600 |
| 8/10/2020 | Meeting at Sheriff office | 1.5 | $300.00 | 450 |
| 8/10/2020 | Meeting with clients to discuss additional information about Salaythis after meeting at Sheriff office | 1.25 | $300.00 | 375 |
| 8/10/2020 | Research potential claims | 7.25 | $300.00 | $2175 |
| 8/10/2020 | visit to mall parking lot (pictures, video and notes) | 2.25 | $300.00 | $675 |
| 8/11/2020 | Meeting with clients to discuss research and how we are going to move forward | 4.25 | $300.00 | $1275 |
| 8/11/2020 | Research, email, and letter to Mina Regarding Public Records Request | 3.15 | $300.00 | $945 |
| 8/12/2020 | contacting mall to find out who was working securty on the day of shooting | 2.25 | $300.00 | $675 |
| 8/12/2020 | Research to find out who to send and draft preservation letters for evidence | 2.00 | $300.00 | $600 |
| 8/14/2020 | Spoke to the Sheriffs Office Releasing Body camera Video | 0.50 | $300.00 | $150 |
| 8/17/2020 | Tracked down potential witness in the case Jania | 2.50 | $300.00 | $750 |
| 8/20/2020 | Second Public Records Request to Mina | 1.00 | $300.00 | $300 |
| 8/22/2020 | Third Public Record Request to Mina | 1.00 | $300.00 | $300 |
| 8/22/2020 | Fl Mall Request for Video and research locating contact | 1.50 | $300.00 | $450 |
| 8/22/2020 | Dicks Request for Video and Research locating contact | 2.00 | $300.00 | $600 |
| 8/24/2020 | Spoke to client about getting the Death Certificate to move forward with establishing estate in preperation to file claims against Montiel and officers | 0.50 | $300.00 | $150 |
| 8/25/2020 | Helping the familiy and Ms. McKee gather information to provide to probate attorney to set up estate so we can file suit | 3.25 | $300.00 | $975 |

Case 6:21-cv-01085-CEM-NWH    Document 203-2    Filed 08/12/25    Page 2 of 6 PageID 3379

| Date | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 8/26/2020 | Reviewed videos from Sheriff and reviewed videos | 8.25 | $300.00 | $2475 |
| 8/27/2020 | Reviewed videos from Sheriff and reviewed videos | 8.75 | $300.00 | $2625 |
| 8/28/2020 | Reviewed videos from Sheriff and reviewed videos | 5.25 | $300.00 | $1575 |
| 8/31/2024 | Talked to client about video | 3.25 | $300.00 | $975 |
| 9/2/2020 | Reviewed Video from Florida Mall and Dicks and researched | 6.25 | $300.00 | $1875 |
| 9/2/2020 | research on mall security system and repair records | 3.50 | $300.00 | $1050 |
| 9/2/2020 | 2nd Mall Preservation Letter | 1.00 | $300.00 | $300 |
| 9/3/2020 | Review Letter from Dicks regarding security footage and research issue | 2.25 | $300.00 | $675 |
| 9/3/2020 | Request to Department of Justice to investigate | 1.25 | $300.00 | $375 |
| 10/12/2020 | Letter sent directly to Austin Moore regarding Public Records Request | 0.50 | $300.00 | $150 |
| 11/11/2020 | Received Letter from SAO regarding investigation and reached out to office | 0.50 | $300.00 | $150 |
| 11/20/2020 | Spoke with client to update her on the case | 1.25 | $300.00 | $375 |
| 12/15/2020 | Research for Notice of Intent and demand | 8.50 | $300.00 | $2550 |
| 12/23/2020 | Research for Notice of Intent and demand | 5.50 | $300.00 | $1650 |
| 12/24/2020 | Draft Notice of Intent | 4.75 | $300.00 | $1425 |
| 2/16/2021 | Update client on the case | 1.50 | $300.00 | $450 |
| 3/3/2021 | Background research on Montiel | 5.50 | $300.00 | $1650 |
| 3/29/2021 | Update client on the case | 1.50 | $300.00 | $450 |
| 4/15/2021 | Drafting Complaint | 7.25 | $300.00 | $2175 |
| 4/29/2021 | Meeting with client let her know I am working on compaint | 2.25 | $300.00 | $675 |
| 5/5/2021 | Research for complaint | 8.25 | $300.00 | $2475 |
| 5/6/2021 | Research for complaint | 8.75 | $300.00 | $2625 |
| 5/7/2021 | Review of evidence for complaint | 6.75 | $300.00 | $2025 |
| 5/8/2021 | Review of evidence for complaint | 7.75 | $300.00 | $2325 |
| 5/12/2021 | Research for complaint | 5.75 | $300.00 | $1725 |
| 5/18/2021 | Draft complaint | 8.75 | $300.00 | $2625 |
| 5/21/2021 | Draft complaint | 8.25 | $300.00 | $2475 |
| 6/2/2021 | Draft complaint | 6.50 | $300.00 | $1950 |
| 6/15/2021 | Draft complaint | 5.50 | $300.00 | $1650 |
| 6/20/2021 | Draft complaint | 6.50 | $300.00 | $1950 |
| 6/22/2021 | Draft complaint | 7.50 | $300.00 | $2250 |
| 6/24/2021 | Tracked down Sands at the Jail and spoke to him | 2.25 | $300.00 | $675 |
| 6/29/2021 | Draft complaint | 8.50 | $300.00 | $2550 |
| 6/30/2021 | prepare summons and filed complaint | 4.25 | $300.00 | $1275 |
| 7/1/2021 | revew initial orders from court, order on discovery motions and local rules | 0.50 | $300.00 | $150 |
| 7/2/2021 | Update client on the case | 1.00 | $300.00 | $300 |
| 7/3/2021 | Researched in anticipation for summary judgment and mtd | 1.00 | $300.00 | $300 |

| Date | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 7/5/2021 | Researched in anticipation for summary judgment | 1.25 | $300.00 | $375 |
| 7/19/2021 | Review NOA from Opposing counsel and mtd | 0.25 | $300.00 | $75 |
| 7/19/2021 | review certifcate of interested persons by opposng counsels (for deputies) | 1.25 | $300.00 | $375 |
| 7/20/2021 | reveiew motion to stay filed by deputies | 2.25 | $300.00 | $675 |
| 7/20/2021 | review motion to stay filed by Montiel and research | 2.25 | $300.00 | $675 |
| 7/20/2021 | Review defendant motion for extension of time to respond to complaint | 0.75 | $300.00 | $225 |
| 7/20/2021 | Draft and Request for supplemental summons | 0.50 | $300.00 | $150 |
| 7/21/2021 | Review supplemental summons | 0.25 | $300.00 | $75 |
| 7/21/2021 | review certifcate of interested persons by opposng counsels (for Montiel) | 1.00 | $300.00 | $300 |
| 7/21/2021 | Review Courts Order Granting extension of time | 0.50 | $300.00 | $150 |
| 7/24/2021 | Research for opposition of motion to stay | 2.25 | $300.00 | $675 |
| 726/2021 | Research for opposition of motion to stay | 4.25 | $300.00 | $1275 |
| 7/29/2021 | Research for opposition of motion to stay | 3.25 | $300.00 | $975 |
| 8/1/2021 | Research for opposition of motion to stay | 4.50 | $300.00 | $1350 |
| 8/2/2021 | Draft Response to Motion to Stay | 5.25 | $300.00 | $1575 |
| 8/3/2021 | Draft and File Response to Motion to Stay | 7.50 | $300.00 | $2250 |
| 8/8/2021 | Spoke to client about dismissing one of the officers and explained why. Also talk to client about pending Motion to stay and impact on case. | 2.25 | $300.00 | $675 |
| 8/9/2021 | Review Montiels anser to the complaint and research | 4.00 | $300.00 | $1200 |
| 8/9/2021 | Briefly reviewed Wheelers Motion to Dismiss | 2.50 | $300.00 | $750 |
| 8/9/2021 | Drafted and filed Voluntary Dismissal for Bullock | 0.75 | $300.00 | $225 |
| 8/10/2021 | Reviewed Motion to Dismiss | 4.00 | $300.00 | $1200 |
| 8/10/2021 | Update client on the case and she provided information about a potential witness. Also provided status of litigation and responses filed by Defendants to the complaints. | 2.50 | $300.00 | $750 |
| 8/11/2021 | Review Courts Order for hearing on Motion to Stay and prepare and reasearch for argument | 4.50 | $300.00 | $1350 |
| 8/11/2021 | Update client about hearing set for tomorrow | 1.50 | $300.00 | $450 |
| 8/12/2021 | Hearing For Motion to stay and preperation | 2.50 | $300.00 | $750 |
| 8/12/2021 | Review Courts Order granting Motion for Stay | 0.50 | $300.00 | $150 |
| 8/12/2021 | Update client about results of Courts order and the impact on case | 2.00 | $300.00 | $600 |
| 10/13/2021 | Update client on the case | 1.00 | $300.00 | $300 |
| 11/15/2021 | Hearing reagrding status of Motion to Stay | 0.50 | $300.00 | $150 |

| Date | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/19/2021 | Drafted and filed unoposed Motion to continue stay | 1.00 | $300.00 | $300 |
| 1/12/2022 | Review change of Address and and Amended documents filed by Brian Moes | 2.00 | $300.00 | $600 |
| 1/27/2022 | Update client on the case and informed her the state attorney would be letting us know about their decision regarding charges and for her to be at the office for the call | 2.00 | $300.00 | $600 |
| 1/28/2022 | Discussed the state attorneys decision and how it would effect the lawsuit | 4.50 | $300.00 | $1350 |
| 1/29/2022 | reviewing state attorney report and researched | 8.50 | $300.00 | $2550 |
| 2/2/2022 | Filed status report with Court updating regarding criminal investigation against Montiel | 0.50 | $300.00 | $150 |
| 2/6/2022 | Update client regarding lawsuit moving forward | 2.00 | $300.00 | $600 |
| 2/10/2022 | Status confernce with the court regarding stay | 0.50 | $300.00 | $150 |
| 2/10/2022 | Review order lifting stay | 0.50 | $300.00 | $150 |
| 2/21/2022 | Prepared a draft of the Case management report prior to the meeting | 1.00 | $300.00 | $300 |
| 2/22/2022 | Case Management Conference Meeting | 1.00 | $300.00 | $300 |
| 2/23/2022 | Review filed Case Management Report | 0.15 | $300.00 | $45 |
| 2/23/2022 | Draft Amended Complaint | 5.00 | $300.00 | $1500 |
| 2/24/2022 | Draft and File Amended Complaint | 8.00 | $300.00 | $2400 |
| 2/25/2022 | Review endorsed order | 0.15 | $300.00 | $45 |
| 3/4/2022 | Review Montiels answer and affirmative defenses | 2.00 | $300.00 | $600 |
| 3/4/2022 | Review Montiels Motion to Dismiss | 3.00 | $300.00 | $900 |
| 3/5/2022 | Update client about Montiel filing Motion to Dismiss | 1.00 | $300.00 | $300 |
| 3/5/2022 | Research in response to Montiels Motion to Dismiss | 7.00 | $300.00 | $2100 |
| 3/7/2022 | Research in response to Montiels Motion to Dismiss | 8.50 | $300.00 | $2550 |
| 3/8/2022 | Research in response to Montiels Motion to Dismiss | 8.25 | $300.00 | $2475 |
| 3/9/2022 | Research in response to Montiels Motion to Dismiss | 8.50 | $300.00 | $2550 |
| 3/10/2022 | Review Mina and Officers Motion to Dismiss Amended Complaint | 4.25 | $300.00 | $1275 |
| 3/10/2022 | Update client about Officers Motion to Dismiss | 1.00 | $300.00 | $300 |
| 3/11/2022 | Research and drafting response to montiel Motion to dismiss | 8.50 | $300.00 | $2550 |
| 3/12/2022 | Research and drafting response to montiel Motion to dismiss | 5.00 | $300.00 | $1500 |
| 3/14/2022 | Research and drafting response to montiel Motion to dismiss | 4.00 | $300.00 | $1200 |
| 3/15/2022 | Research and drafting response to montiel Motion to dismiss | 8.00 | $300.00 | $2400 |
| 3/16/2022 | Research and drafting response to montiel Motion to dismiss | 8.50 | $300.00 | $2550 |

| Date | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 3/18/2022 | Research and drafting response to Mina Motion to dismiss | 3.25 | $300.00 | $975 |
| 3/18/2022 | Research and drafting response to Deputies Motion to dismiss | 4.75 | $300.00 | $1425 |
| 3/19/2022 | Research and drafting response to Mina Motion to dismiss | 7.50 | $300.00 | $2250 |
| 3/20/2022 | Research and drafting response to Deputies Motion to dismiss | 8.50 | $300.00 | $2550 |
| 3/21/2022 | Research and drafting response to Deputies Motion to dismiss | 8.50 | $300.00 | $2550 |
| 3/22/2022 | Research and drafting response to Mina Motion to dismiss | 2.50 | $300.00 | $750 |
| 3/22/2022 | Research and drafting response to Deputies Motion to dismiss | 5.50 | $300.00 | $1650 |
| 3/23/2022 | Research and drafting response to Mina Motion to dismiss | 3.50 | $300.00 | $1050 |
| 3/23/2022 | Research and drafting response to Deputies Motion to dismiss | 5.00 | $300.00 | $1500 |
| 3/24/2022 | Research, draft, and file response to Mina Motion to dismiss | 5.00 | $300.00 | $1500 |
| 3/24/2022 | Research, draft and file response to Deputies Motion to dismiss | 5.00 | $300.00 | $1500 |
| 3/28/2022 | Review Case Management Order entered by Court | 1.50 | $300.00 | $450 |
| 3/29/2022 | Calendar dates for Case Management Order | 2.00 | $300.00 | $600 |
| 4/28/2022 | Drafted and served Plaintiffs Rule 26 Disclosures | 6.00 | $300.00 | $1800 |
| 4/29/2022 | Reviewed Montiels Rule 26 Disclosures | 2.00 | $300.00 | $600 |

****There are more hours that are not accounted for but I do not have access to my email to log those hours.*****

472.45 total hours

| | |
|---|---|
| SUBTOTAL | $141885 |
| TAX RATE | |
| SALES TAX | |
| OTHER | |
| TOTAL | $141885 |

Make all checks payable to Bradley Laurent.
Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

THANK YOU FOR YOUR BUSINESS!

Case 6:21-cv-01085-CEM-NWH    Document 203-2    Filed 08/12/25    Page 6 of 6 PageID 3383

FURTHER AFFIANT SAYETH NAUGHT

DATED this 28th day of July, 2025.

_____
Bradley N. Laurent

STATE OF FLORIDA

COUNTY OF ORANGE

The forgoing instrument was acknowledged before me this 28th day of July, 2025, by Bradley N. Laurent who is personally known or has produced _____ as dentification.

_____
Notary Public  Ebony Robinson-Mizell

My Commission Expires: May 20, 2028

(SEAL)



EBONY ROBINSON-MIZELL
Notary Public-State of Florida
Commission # HH 529205
My Commission Expires
May 20, 2028